DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOEL ALLAN MARME,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3406

_____

May 13, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; Thomas N. Palermo, Judge.

PER CURIAM.

     Affirmed.

VILLANTI, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.